# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: TX Alliance of Energy Producers vs. SEC

**The Clerk will enter my appearance as Counsel in Appeal No.** 24-1626 **for the following party(s): (please specify)**

State of California

[ ] Appellant(s)  [ ] Petitioner(s)  [ ] Appellee(s)  [ ] Respondent(s)  [✓] Amicus Curiae  [ ] Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Mitchell Rishe    s/: Mitchell Rishe

Firm Name: California Department of Justice, Office of the Attorney General

Business Address: 300 S. Spring Street, Suite 1702

City/State/Zip: Los Angeles, CA 90013

Telephone Number (Area Code): (213) 269-6394

Email Address: Mitchell.Rishe@doj.ca.gov

---

### CERTIFICATE OF SERVICE

[✓] I hereby certify that on 8/19/2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

[ ] I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: