———————————

No. 24-1626

———————————

IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

———————————

TEXAS ALLIANCE OF ENERGY PRODUCERS and
DOMESTIC ENERGY PRODUCERS ALLIANCE,

Petitioners,

v.

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

Respondent,

DISTRICT OF COLUMBIA, ET AL.

Intervenors.

———————————

Petition for Review of an Order of the Securities & Exchange
Commission

———————————

**PETITIONERS' MOTION TO WITHDRAW ATTORNEY**

———————————

> LUKE A. WAKE
>  Pacific Legal Foundation
>  555 Capitol Mall, Ste. 1290
>  Sacramento, CA 95814
>  Telephone: (916) 419-7111
>  Facsimile: (916) 419-7747
>  LWake@pacificlegal.org

*Counsel for Petitioners*

Petitioners Texas Alliance of Energy Producers and Domestic Energy Producers Alliance move to withdraw the appearance of attorney Rachel K. Paulose as counsel for Petitioners because Ms. Paulose is no longer employed by Pacific Legal Foundation (PLF), effective August 31, 2024.

Luke A. Wake will continue to represent the Petitioners in this matter. And another PLF attorney intends to make a notice of appearance soon.

DATED: August 30, 2024.

Respectfully submitted,

LUKE A. WAKE
Pacific Legal Foundation

By <u>/s/ Luke A. Wake</u>
LUKE A WAKE
Pacific Legal Foundation
555 Capitol Mall, Ste. 1290
Sacramento, CA 95814
Telephone: (916) 419-7111
LWake@pacificlegal.org

*Counsel for Petitioners*

# CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

                                                  /s/ Luke A. Wake
                                                  LUKE A. WAKE
                                                  *Counsel for Petitioners*

2

Appellate Case: 24-1626   Page: 3   Date Filed: 08/30/2024 Entry ID: 5430649

# CERTIFICATE OF COMPLIANCE

Certificate of Compliance With Type-Volume Limit,
Typeface Requirements, and Type-Style Requirements

1. This document complies with the word limit of Fed. R. App. P. 27(d)(2)(a) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f):

    **X** this document contains 65 words, or

    this brief uses a monospaced typeface and contains [state the number of] lines of text.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because:

    **X** this document has been prepared in a proportionally spaced typeface using **Microsoft Word for Microsoft 365 in 14 pt. Century Schoolbook**, or

    this document has been prepared in a monospaced typeface using [state name and version of word-processing program] with [state number of characters per inch and name of type style].

3. This document has been scanned for viruses and is virus free.

    DATED: August 30, 2024.

            By /s/ Luke A. Wake_____
               LUKE A. WAKE
               *Counsel for Petitioners*

3
Appellate Case: 24-1626   Page: 4   Date Filed: 08/30/2024 Entry ID: 5430649