No. 24-1626

IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

TEXAS ALLIANCE OF ENERGY PRODUCERS and
DOMESTIC ENERGY PRODUCERS ALLIANCE,

Petitioners,

v.

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

Respondent,

DISTRICT OF COLUMBIA, ET AL.,

Intervenors.

Petition for Review of an Order of the
Securities & Exchange Commission

**RESPONSE TO MOTION TO EXPAND ORAL ARGUMENT TIME
AND ALLOCATE 15 MINUTES TO LIBERTY ENERGY**

ADAM F. GRIFFIN
  Pacific Legal Foundation
  3100 Clarendon Blvd., Ste. 1000
  Arlington, VA 22201
  Telephone: (202) 888-6881
  Facsimile: (916) 419-7747
  AGriffin@pacificlegal.org

LUKE A. WAKE
  Pacific Legal Foundation
  555 Capitol Mall, Ste. 1290
  Sacramento, CA 95814
  Telephone: (916) 419-7111
  Facsimile: (916) 419-7747
  LWake@pacificlegal.org

*Counsel for Petitioners*

Petitioners Texas Alliance of Energy Producers and Domestic Energy Producers Alliance (collectively, "the Alliance"), in Case No. 24-1626, support Liberty Energy's motion because these consolidated cases present a diversity of interests and issues for review. The Alliance, alone among the parties, raises the nondelegation doctrine as a critical constitutional backstop to prevent open-ended delegations of rulemaking authority. The Alliance submits that the Court would benefit from argument concerning the SEC's claimed power to impose climate-change rules purportedly "in the public interest, or for the protection of investors."

In the interest of judicial economy, the Alliance is willing to cede its oral argument time to Liberty Energy on the understanding that Liberty Energy will address these vital nondelegation concerns. But if the Court denies Liberty Energy's motion, the Alliance requests two minutes to address its unique nondelegation arguments.[1]

---

[1] Given the importance of the issues presented, the Alliance agrees that the Court would benefit from extending oral argument to 45 minutes per side.

DATED: September 27, 2024.

        Respectfully submitted,

        LUKE A. WAKE
        ADAM F. GRIFFIN
        Pacific Legal Foundation

        By /s/ Luke A. Wake_____
           LUKE A WAKE
           Pacific Legal Foundation
           555 Capitol Mall, Ste. 1290
           Sacramento, CA 95814
           Telephone: (916) 419-7111
           LWake@pacificlegal.org

           ADAM F. GRIFFIN
           Pacific Legal Foundation
           3100 Clarendon Blvd., Ste. 1000
           Arlington, VA 22201
           Telephone: (202) 888-6881
           AGriffin@pacificlegal.org

        *Counsel for Petitioners*

# CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

                                              /s/ Luke A. Wake
                                              LUKE A. WAKE
                                              *Counsel for Petitioners*

# CERTIFICATE OF COMPLIANCE

Certificate of Compliance With Type-Volume Limit,
Typeface Requirements, and Type-Style Requirements

1. This document complies with the word limit of Fed. R. App. P. 27(d)(2)(a) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f):

    **X** this document contains 161 words, or

    this brief uses a monospaced typeface and contains [state the number of] lines of text.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because:

    **X** this document has been prepared in a proportionally spaced typeface using **Microsoft Word for Microsoft 365 in 14 pt. Century Schoolbook**, or

    this document has been prepared in a monospaced typeface using [state name and version of word-processing program] with [state number of characters per inch and name of type style].

3. This document has been scanned for viruses and is virus free.

    DATED: September 27, 2024.

                                By /s/ Luke A. Wake
                                LUKE A. WAKE
                                *Counsel for Petitioners*