

September 27, 2024

Maureen W. Gornik
Acting Clerk of Court
U.S. Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 South 10th Street
St. Louis, MO 63102

Re: *Texas Alliance of Energy Producers, et al. v. SEC* (No. 24-1626)

Dear Ms. Gornick:

In the interest of judicial economy, the Petitioners Texas Alliance of Energy Producers and Domestic Energy Producers Alliance (collectively "the Alliance"), in No. 24-1626, have agreed to cede oral argument time to Liberty Energy on the understanding that Liberty Energy will address the nondelegation arguments set out in the Alliance's merits briefing. But should the Court specifically request oral argument from the Alliance, I will appear for argument. I have no conflict to report within the Court's existing argument calendar. Should a conflict arise, I will notify the Clerk's Office promptly.

Respectfully submitted,

Luke A. Wake
*Attorney for Petitioners*
*Texas Alliance of Energy Producers and*
*Domestic Energy Alliance Producers*