_____

No. 24-1626
_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
_____

TEXAS ALLIANCE OF ENERGY PRODUCERS and
DOMESTIC ENERGY PRODUCERS ALLIANCE,

Petitioners,

v.

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

Respondent,

DISTRICT OF COLUMBIA, ET AL.,

Intervenors.
_____

Petition for Review of an Order of the
Securities & Exchange Commission
_____

**PETITIONERS' MOTION TO WITHDRAW ATTORNEY**
_____

| | |
|---|---|
| ADAM F. GRIFFIN | LUKE A. WAKE |
| Pacific Legal Foundation | Pacific Legal Foundation |
| 3100 Clarendon Blvd., Ste. 1000 | 555 Capitol Mall, Ste. 1290 |
| Arlington, VA 22201 | Sacramento, CA 95814 |
| Telephone: (202) 888-6881 | Telephone: (916) 419-7111 |
| Facsimile: (916) 419-7747 | Facsimile: (916) 419-7747 |
| AGriffin@pacificlegal.org | LWake@pacificlegal.org |

*Counsel for Petitioners*

Petitioners Texas Alliance of Energy Producers and Domestic Energy Producers Alliance move to withdraw the appearance of attorney Adam Griffin as counsel for Petitioners. Mr. Griffin will be leaving Pacific Legal Foundation effective May 16, 2025.

Luke A. Wake will continue to represent the Petitioners in this matter.

DATED: May 12, 2025.

                                      Respectfully submitted,

                                      LUKE A. WAKE
                                      ADAM F. GRIFFIN
                                      Pacific Legal Foundation

                                      By <u>/s/ Adam F. Griffin</u>
                                            ADAM F. GRIFFIN
                                            Pacific Legal Foundation
                                            3100 Clarendon Blvd., Ste. 1000
                                            Arlington, VA 22201
                                            Telephone: (202) 888-6881
                                            AGriffin@pacificlegal.org

                                            LUKE A WAKE
                                            Pacific Legal Foundation
                                            555 Capitol Mall, Ste. 1290
                                            Sacramento, CA 95814
                                            Telephone: (916) 419-7111
                                            LWake@pacificlegal.org

                                      *Counsel for Petitioners*

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

                                                /s/ Adam F. Griffin
                                                ADAM F. GRIFFIN
                                                *Counsel for Petitioners*

2

Appellate Case: 24-1626    Page: 3    Date Filed: 05/12/2025 Entry ID: 5515643

# CERTIFICATE OF COMPLIANCE

Certificate of Compliance With Type-Volume Limit,
Typeface Requirements, and Type-Style Requirements

1. This document complies with the word limit of Fed. R. App. P. 27(d)(2)(a) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f):

    **X**  this document contains 48 words, or

    this brief uses a monospaced typeface and contains [state the number of] lines of text.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because:

    **X**  this document has been prepared in a proportionally spaced typeface using **Microsoft Word for Microsoft 365 in 14 pt. Century Schoolbook**, or

    this document has been prepared in a monospaced typeface using [state name and version of word-processing program] with [state number of characters per inch and name of type style].

3. This document has been scanned for viruses and is virus free.

    DATED: May 12, 2025.

                                         By /s/ Adam F. Griffin
                                         ADAM F. GRIFFIN
                                         *Counsel for Petitioners*