UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: _Texas Alliance of Energy Produc._ vs. _U.S. Securities & Exchange Comm'n_

**The Clerk will enter my appearance as Counsel in Appeal No.** _24-1626_ for the following party(s): (please specify)

Hamilton Lincoln Law Institute

☐ Appellant(s) ☐ Petitioner(s) ☐ Appellee(s) ☐ Respondent(s) ☑ Amicus Curiae ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: _Anna St. John_ s/: _Anna St. John_

Firm Name: _Hamilton Lincoln Law Institute_

Business Address: _1629 K Street NW, Suite 300_

City/State/Zip: _Washington, DC 20006_

Telephone Number (Area Code): _917-327-2392_

Email Address: _anna.stjohn@hlli.org_

**CERTIFICATE OF SERVICE**

☑ I hereby certify that on _10/2/2025_, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: